# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | |
| **RODNEY DEAN MROZEK, JR.** | Case Number: CR 11-3052-4-LTS |
| | USM Number: 16256-041 |
| ☐ **Revocation** of Probation | **Chad Douglas Primmer** |
| ☒ **Revocation** of Supervised Release | Defendant's Attorney |
| ☐ **Modification** of Supervision Conditions | |

## THE DEFENDANT:

☒ admitted guilt to violation(s)  **1, 2a-b, 3a-c, 4, 5a-f, 6, and 8**  of the term of supervision.

☒ was found in violation of  **7b**  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1, 5a-f | Failure to Comply with Substance Abuse Testing/Treatment | 01/21/2020 |
| 2a-b | Failure to Truthfully Answer Inquiries | 01/28/2020 |
| 3a-c | Use of a Controlled Substance | 09/20/2019 |
| 4 | Association with Known Felon | 09/12/2019 |
| 6 | Use of Alcohol | 09/18/2019 |
| 7b | New Law Violation | 07/03/2020 |
| 8 | Failure to Maintain Employment | 02/03/2020 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant was not found in violation of  **2c**  and is discharged as to such violation(s).

☒ The Court did not make a finding regarding violation(s)  **7a and 7c.**

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**Leonard T. Strand**
**Chief United States District Court Judge**
Name and Title of Judge

Signature of Judge

**July 27, 2020**
Date of Imposition of Judgment

Date: 7/27/20

DEFENDANT: **RODNEY DEAN MROZEK, JR.**
CASE NUMBER: **CR 11-3052-4-LTS**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

☒ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **24 months. It is ordered that the term of imprisonment be served consecutively to any term of imprisonment imposed in Webster County, Iowa, Case No. 02941 SMCR360829; Humboldt County, Iowa, Case No. 02461 SMCR011060 and 02461 SRCR011059.**

☒ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to a Bureau of Prisons facility located as close to the defendant's family, as possible, commensurate with your security and custody classification needs.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **RODNEY DEAN MROZEK, JR.**
CASE NUMBER: **CR 11-3052-4-LTS**

# SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.